IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-40784
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE OMAR ACOSTA-ALVAREZ, also known as
Antony Omar Rodriguez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-00-CR-135-1
--------------------
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Jose Omar Acosta-Alvarez (Acosta) appeals his conviction and 77-month sentence following his plea of guilty to illegal reentry after deportation in violation of 8 U.S.C. § 1326. Acosta argues that the felony conviction that resulted in his increased sentence under 8 U.S.C. § 1326(b)(2) was an element of the offense that should have been charged in the indictment. He acknowledges that his argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224 (1998), but he seeks to preserve

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the issue for Supreme Court review in light of <u>Apprendi v. New Jersey</u>, 120 S. Ct. 2348 (2000).  <u>Apprendi</u> did not overrule <u>Almendarez-Torres</u>.  <u>See</u> <u>Apprendi</u>, 120 S. Ct. at 2361-62 & n.15.  Acosta's argument is foreclosed.  <u>See</u> <u>Almendarez-Torres</u>, 523 U.S. at 235.  Accordingly, Acosta's conviction and sentence are AFFIRMED.